IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kostelny, Thomas E<br>Kostelny, Nancy A<br>Printed: 12/02/08 | Case Number: 06 B 13480<br>Judge: Wedoff, Eugene R<br>Filed: 10/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: December 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,362.00 | |
| Secured: | | 9,101.91 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,641.18 |
| Trustee Fee: | | 618.91 |
| Other Funds: | | 0.00 |
| Totals: | 11,362.00 | 11,362.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,350.00 | 1,641.18 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 6. | Dell Financial Services, Inc | Secured | 1,063.00 | 315.07 |
| 7. | Capital One Auto Finance | Secured | 27,456.46 | 8,786.84 |
| 8. | American General Finance | Secured | 1,585.00 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 173.20 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 42.63 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 123.39 | 0.00 |
| 12. | Capital One Auto Finance | Unsecured | 35.95 | 0.00 |
| 13. | Swiss Colony | Unsecured | 49.47 | 0.00 |
| 14. | Merrick Bank | Unsecured | 105.47 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 84.86 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 333.48 | 0.00 |
| 17. | Chase Bank | Unsecured | 124.96 | 0.00 |
| 18. | LHR Inc | Unsecured | 235.33 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 114.49 | 0.00 |
| 20. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 21. | Best Buy | Unsecured | | No Claim Filed |
| 22. | American General Finance | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Riverside Psychiatric | Unsecured | | No Claim Filed |
| 25. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 26. | Lou Harris | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Kostelny, Thomas E  
Kostelny, Nancy A  
Printed: 12/02/08

Case Number:  06 B 13480  
Judge:  Wedoff, Eugene R  
Filed:  10/20/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Robert G Michaels & Associates | Unsecured | | No Claim Filed |
| 28. | Merrick Bank | Unsecured | | No Claim Filed |
| 29. | Seventh Avenue | Unsecured | | No Claim Filed |
| 30. | Target National Bank | Unsecured | | No Claim Filed |
| | | | $ 33,877.69 | $ 10,743.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 123.46 |
| 5.4% | 372.60 |
| 6.5% | 122.85 |
| | $ 618.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

